# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KATHRYN LENTEN,<br><br>Plaintiff,<br><br>v.<br><br>J RECHT M GOLDIN D SIEGEL d/b/a METROPOLITAN ASSOCIATES,<br><br>Defendant. | Case No. 22-CV-1540-JPS<br><br>**ORDER** |

On March 1, 2023, Plaintiff filed a notice of voluntary dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 8. Defendant has not filed an answer or a motion for summary judgment. Accordingly, the Court will adopt the notice and dismiss this action without prejudice.

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal, ECF No. 8, be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice**.

Dated at Milwaukee, Wisconsin, this 1st day of March, 2023.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge